Without Prejudice; Special; Restricted; Private; Visitation; 3:19-mc-00034-TMB
Without Recourse; All rights reserved; No-liability assumed; Not-commercial; Not-negotiable.

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
NOV 04 2019
CLERK, U.S. DISTRICT
ANCHORAGE

| | |
|---|---|
| In the Matter of the Estate of: ) | MISCELLANEOUS CASE NO. |
| **Christopher Mabry** ) | |
| Demandant. ) | NOTICE AND DECLARATION FOR REDRESS[1] |
| Secular Birth Date: ~~October~~ 1976[2] ) | FOR ASSUMPTIVE AND PRESUMPTIVE DEATH. |

### NOTICE AND DECLARATION FOR REDRESS
### FOR ASSUMPTIVE AND PRESUMPTIVE DEATH.

### REDRESS

Demandant herein is entitled to Redress and demands redress herein with regard to the following records and evidence thereof:

1. Redress for Correction for records public and private of and from all assumptions and presumption(s) of death[1;3] (all death) and soulessness[1;3]; and;
2. Redress for correction that Demandant was or is lost at Sea(s)[1;3;4] / See(s)[1;3;4]; beyond the Sea(s)[1;3;4] / See(s)[1;3;4]; absent[1;3;4]; missing[1;3;4]; lost[1;3;4] or abandoned[1;3;4]; not a passenger a vessel or a warship; and;
3. Redress for Correction that Demandant was ever or is of the **KINGDOM ANIMILIA** or an animal or plant[5]; and;
4. Redress for Correction that Demandant was ever or is a member of any unorganized militia[6] with full disclosure or oaths; or meeting of the minds or made a declaration to be a citizen with full knowledge and intent; is not a conscientious objector or consented to power of attorney; and;
5. Redress for Correction that Demandant was ever or is naturally dead[1;3;4]; was or is DNA patentable[7] or a non-naturally occurring organism[5;7]; was or is a **LEGAL PERSON**[8]; Person[8]; legal fiction; and;
6. Redress for Correction that Demandant was or is an enemy of the State/**STATE**[9]; was or is enemy or belligerent; indigent[10]; debtor; imbecile[10]; or a patient; or informant; or a lesser spirit; or donor; gift, A.R.T.; any form of life other than a Man; had or has a spouse; was or is an orphan; was or is adopted; was or is or married; was or is not good(s); and;
7. Redress for Correction that Demandant was or is not of sound of mind; was or is not of good moral character[11]; was or is not of discrete age; was or is not conceived by The G_d of Abraham/Avraham The G_d of Issac/Yitzak The G_d of Jacob/Yaqov[11]; was or is religious[12]; was or is a blasphemer; That Demandant never knowingly; willingly; intentionally and purposely made an oath or agreed to allegiance to a foreign god Demandant was or is conceived by the State of New York[11 and]; and;
8. Redress for Correction that Demandant had full disclosure or meeting of the mind(s) for any and all contracts known and unknown with and on Demandant's behalf; and;

### Demandant herein DEMANDS redress as follows;

Demand is herein and now made for redress; Correction; Revest; and Restoration of all Demandant's Estate records and property including but not limited to all remains; all legacies and all trusts public and private of and from all assumptions and presumption(s) of:

1. death (all death) and soulessness with correction evidence thereof provided to Demandant within 20 days from the deposit date of this Redress Notice; and;
2. all Mabry Family Estates to Restore; Revest; Correct and Return; all property real and personal; Titles; Patents; Lands; Legacies; Standing; Status; Credentials and Set-off; Settle and Close all Estates Accounts in accordance with and under legal authorities as follows:

---

[1] Cestui Que Vie Act 1666 sections I and IV currently in force exhibit 1 hereto;

[2] Gregorian equivalent;

[3] Presumption of Death Act 2013 UK Public General Acts 3013 c. 13;

NOTICE AND DECLARATION FOR REDRESS FOR ASSUMPTIVE AND PRESUMPTIVE DEATH.   Page 1 of 3

Without Prejudice; Special; Restricted; Private; Visitation;
Without Recourse; All rights reserved; No-liability assumed; Not-commercial; Not-negotiable.

1. Acts of the English Parliament 1666 c. 11(regnal. 18_19_Cha_2) Cestui Que Vie Act 1666 CHAPTER 11 18 AND 19 CHA 2; and;
2. Homestead Acts 1862; 1866; 1873; 1904 and 1916; and;
3. Federal Reserve Act December 23, 1913 Public Law No. 43 –63D CONGRESS.] [H.R. 7837.] Statutes at Large ch. 6, 38 Stat. 251; and;
4. Trading with the Enemy Act (40 Stat.411), October 6, 1917; and;
5. Office of Alien Property Custodian (1917-1934) Executive Order 2729-A October 12, 1917; and;
6. Act of the Parliament of the United Kingdom (HM Land Registry) 1925 Land Registration Act (LRA) as Amended at Land Registration Act 2002 UK Public General Acts 2002 c. 9; and;
7. Emergency Banking relief Act Public Law 1, 48 Stat. 1 (March 9, 1933);
8. Presumption of Death Act 2013[3]; and;

## DEMANADANT'S DEDCLARATION FOR REDRESS FOR PRESUMPTIVE DEATH.

Demandant **DECLARES** that:

1. The G_d of Abraham/Avraham The G_d of Issac/Yitzak The G_d of Jacob/Yaqov[11] knew Demandant by a private Hebrew name before He formed Demandant in the womb[11]; Demandant further **DECLARES** all assumptions and presumption(s) of death[1:3] (all death) and soulessness[1:3] are false under The Law (The Torah)[4] and;

2. that Demandant was or is lost at Sea(s)*id.*, / See(s) *id.*; beyond the Sea(s)*id.*, / See(s) *id.*; absent *id.*; missing *id.*; lost or abandoned *id.*; and that Demandant was or is naturally dead *id.*; was or is patentable *id.*; or a non-naturally occurring organism *id.*; was or is a legal person *id.*; and that Demandant was or is an enemy of the **State/STATE** *id.*; was or is a citizen or slave; was or is indigent *id.*; imbecile *id.*; and that Demandant was or is not of sound of mind *id.*; was or is not of good moral character *id.*; was or is not of discrete age *id.*; was or is not conceived by The G_d of Abraham/Avraham The G_d of Issac/Yitzak The G_d of Jacob/Yaqov *id.*; was or is religious *id.*; that Demandant was conceived by the State of New York[4]; and;

3. that Demandant did not have full disclosure or meeting of the mind(s) for any and all contracts known and unknown and all contracts on Demandant's behalf;

4. and Demandant[5] now on and for the record **DECLARES** all presumption(s) public and private including but not limited to all death and being dead; "gone beyond the Seas[6]"; "absent"(ing) *id.*; abandon(ed) missing *id.*; lost *id.*; all religion(s)[7]; meeting of the mind(s); legal fiction known and unknown **ARE FALSE**;

Demandant *[signature]* All rights reserved without prejudice
*[signature]* without prejudice; all rights reserved;

Witness Number one

*[signature: Kaera Andrewyuk]*
Witness Number two

///

///

---

[4] All variations; derivations; associations thereof;
[5] KINGDOM ANIMAL REFERENCE 7 CFR 340;
[6] ALASKA SENALTE BILL 111;
[7] *Diamond v. Chakrabarty*, 447 U.S. 303 (1980);
[8] LEGAL PERSON 22 CFR § 120.15 U.S. ~~Error! Hyperlink reference not valid.~~; Person under 5 CFR § 9401;
[9] Enemy of the State; STATE The Trading with the **Enemy** Act (**TWEA**) of 1917 (40 Stat. 411, codified at 12 U.S.C. § 95 and 50 U.S.C. App. §§ 1–
[10] IMBECILE U.S.C. 1; INDIGENT PRISIONERS 28 CFR § 0.126; *I reserve the right to correct all content and grammar.*
[11] YiramYahu 1:5; I knew you **before I knit you in the womb**;
[12] RELIGIOUS; RELIGION; FORCED CONVERSION 22 U.S.C. 22 § 6402;

Without Prejudice; Special; Restricted; Private; Visitation;
Without Recourse; All rights reserved; No-liability assumed; Not-commercial; Not-negotiable.

## ORDER ON DECLARATORY JUDGMENT FOR NOTICE FOR REDRESS FOR ASSUMPTIVE AND PRESUMPTIVE DEATH.

**UPON THIS COURT'S FULL; COMPLETE AND DELIBERATE CONSIDERATION OF AND FOR Demandant's DECLARATORY JUDGMENT FOR NOTICE FOR REDRESS FOR ASSUMPTIVE AND PRESUMPTIVE DEATH** Matter having come before this court and having been fully considered pursuant to; in accordance with and under the authorities sited herein by Demandant and no controversy or opposition thereto; this court finds good cause has been shown that Demandant's **NOTICE AND DECLARATION FOR REDRESS FOR PRESUMPTIVE DEATH** for judgment as a matter of law on Demandant's claim under the controlling law and facts that entitle the Demandant to judgment demanded only with favorable finding on the matters herein and therefore direct the entry of judgment as a matter of law **and is hereby GRANTED AB INITIO.**

**THIS COURT NOW THEREFORE DECLARES** Demandant is in fact is living and breathing son of The Living G_d who knew Deamandant before He formed Demandant in the womb; The G_d of Abraham (Avraham); The G_d of Isaac (Yitzaq) and The G_d of Jacob (Yaqov) and Demandant is under The Law (The Torah); and **THIS COURT NOW ISSUES ORDER AND DECALARTORY JUDGMENT ON NOTICE AND DECLARATORY JUDGMENT FOR NOTICE FOR REDRESS FOR ASSUMPTIVE AND PRESUMPTIVE DEATH** for Demandant for correction of the record;

Furthermore this court Revest and restoration of living status is now **ADJUDGED** and **DECLARED** and return of all property including but not limited to all intellectual; tangible and intangible; standing; status and all Records public and private from all assumptions and presumption(s) of: 1) all death and being dead; 2) having "gone beyond the Seas[8]"; 3) deemed absent[8]; 4) deemed abandon(ed)[8](ing); 5) deemed missing[8]; 6) deemed lost[8]; 7) all religion and government instrumentalities(s); 8) legal fiction; **IT IS SO ORDERED** that **DEMANDANT HEREIN SHALL POSSESS FULL RIGHTS AND AUTHORITY BY AND THROUGH LETTERS FOR ADMINISTRATION AND LETTERS TESTAMENTARY FOR EXECUTION** for all Family Estates herein; **and to be placed on the do not detain list.**

**FURTHERMORE** good cause is found for issuing **LETTERS TESTAMENTARY** for Demandant to execute a full administration for all Family Estates herein including but not limited to; Forensic Accounting / Audit and as such is necessary and proper. **IT IS SO ORDERED that LETTERS OF TESTAMENTARY FOR ADMINISTRATION** are hereby **GRANTED** herein and are appropriate for Demandant to execute; audit and account for all Family estates with full unencumbered authority herein at the issuance of this **ORDER.**

**FURTHERMORE TO EXPEDITE THE PROPER ADMINISTRATION FOR DEMANDANT'S ESTATE, LETTERS OF ADMINISTRATION AND LETTERS TESTAMENTARY** for all Family Estates shall issue to Demandant at the signing of this **ORDER to ensure the proper administration of all property real; personal; Intellectual; Titles; Patents; Lands; Legacies; redress for Standing; Status; and Credentials** for Demandant's Estates.

Therefore this court hereby **ORDERS Demandant's NOTICE FOR REDRESS FOR PRESUMPTIVE DEATH AND LETTERS TESTEMENTARY TO REENTER; REPOSSESS; HAVE HOLD AND ENJOY THE SAID LANDS OR TENEMENTS IN ALLODIUM IN HIS/ HER OR THEIR FORMER ESTATE** for as long term as Demandant or the lives dependent on said Estates shall be living.
**IT IS FURTHER ORDERED** Demandant shall enjoy full authority over all Family Estates matters herein without reproach. **SO BE IT.**

**ORDERED** this ___ day of November, **2019**[1].

_____
Honorable Judge